**v.**

**The STATE of Texas, Appellee.**

No. 27566.

Court of Criminal Appeals of Texas.

April 27, 1955.

**Henry BUSTILLOS, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

No. 27574.

Court of Criminal Appeals of Texas.

April 27, 1955.

No attorney on appeal for appellant.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

This purports to be an appeal from a conviction for unlawfully carrying a pistol, with punishment assessed at a fine of $200. As required by Art. 827, C.C.P., the record does not reflect that a notice of appeal was given and entered of record.

In the absence thereof, this court has no jurisdiction to entertain the appeal.

The appeal is dismissed.